UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTRY VIEW CUSTOM ESTATES OWNERS ASSOCIATION,

Plaintiff,

v.

CITY OF SAN JOSE, and others,

Defendants.

Case No. 25-cv-10641-NC

**ORDER TO SHOW CAUSE REGARDING SERVICE ON DEFENDANT PATRICK KELLY**

Re: ECF 17

On May 4, 2026, Defendant City of San Jose notified the Court that, to the best of its' knowledge, Defendant Patrick Kelly has not yet been served.  ECF 17.

Under Federal Rule of Civil Procedure 4(m), service of process on a defendant is due within 90 days of the filing of a complaint (absent extensions granted under the Rule).  The Rule sets forth the following requirements for service:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

It appears Plaintiff has failed to serve Kelly within ninety days of the filing

of the complaint.  Accordingly, the Court orders Plaintiff to show cause in writing regarding whether Kelly has been served and, if not, why the Court should not dismiss this action without prejudice as to Kelly by May 19, 2026.  Defendants may respond by May 26, 2026.

**IT IS SO ORDERED.**

Dated:  May 5, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge