UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTRY VIEW CUSTOM ESTATES
OWNERS ASSOCIATION,

Plaintiff,

v.

CITY OF SAN JOSE, and others,

Defendants.

Case No. 25-cv-10641-NC

**ORDER FOR REASSIGNMENT
TO A DISTRICT COURT
JUDGE; REPORT AND
RECOMMENDATION TO
GRANT STIPULATION
DISMISSING FEDERAL
CLAIMS WITH PREJUDICE
AND REMANDING TO STATE
COURT**

Re: ECF 23

The parties filed a joint stipulation to dismiss the federal claims with prejudice and to remand this action to state court. ECF 23. Defendant Patrick Kelly, however, has not been served or appeared in this action, so has not consented to magistrate judge jurisdiction. *See* ECF 18, 20, 21, 22. Thus, the undersigned Magistrate Judge lacks jurisdiction to approve the stipulation due to a lack of consent of all parties. 28 U.S.C. § 636(c)(1). Accordingly, the Court (1) orders this action to be reassigned to a district court judge, and (2) recommends granting the stipulation, dismissing the federal claims with prejudice and remanding the remaining state law claims back to Santa Clara County Superior Court. Any party may file written objections to this order and must do so within 14 days of being served with it. Fed. R. Civ. P. 72(b)(2).

**IT IS SO ORDERED.**

Dated:  June 1, 2026

_____
NATHANAEL M. COUSINS
Chief Magistrate Judge

United States District Court
Northern District of California