UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRY VIEW CUSTOM ESTATES OWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No.  25-cv-10641-NW<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 24 |

The court has reviewed Magistrate Judge Nathanael M. Cousins's Report and Recommendation Re: Stipulation to Dismissing Federal Claims with Prejudice and Remanding to State Court.  The deadline to object to the Report and Recommendation expired on June 15, 2026; no party filed objections.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

**IT IS SO ORDERED.**

Dated: June 22, 2026

_____

Noël Wise
United States District Judge