SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
BRIAN EGGLESTON, Sr. Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for City of San Jose, Jason Lee,
John Tu, Patrick Kelly, David Keyon, and
Christopher Burton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTRY VIEW CUSTOM ESTATES' OWNERS ASSOCIATION, a California Non-Profit Mutual Benefit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a Municipal Corporation, JASON LEE, JOHN TU, PATRICK KELLY, DAVID KEYON, CHRISTOPHER BURTON, and DOES 1-50, inclusive,<br><br>Defendants. | Case Number:  5:25-cv-10641-NW<br><br>[PROPOSED] ORDER DISMISSING FEDERAL CLAIMS AND REMANDING STATE CLAIMS |

Pursuant to the parties' stipulation, the Court hereby dismisses the following claims with prejudice:

1. Plaintiff's claim for violation of the Takings Clause of the United States Constitution and for declaratory relief regarding that violation; and

2. Plaintiff's claim for deprivation of rights under 42 U.S.C. § 1983.

///

///

Having dismissed all claims over which this Court has original jurisdiction, the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(c)(3), and remands the following claims to the state court from which this action was removed:

1. Plaintiff's claim for violation of the Takings Clause of the California State Constitution and for declaratory relief regarding that violation;

2. Plaintiff's claim for deprivation of rights under California's Bane Act; and

3. Plaintiff's claim for intentional infliction of emotional distress.

Dated: _____June 22, 2026_____

_____
Noël Wise
U.S. DISTRICT JUDGE